UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAH'MZ MIKHAL RANSOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV421-025 |
| ) | |
| CHATHAM COUNTY ) | |
| DETENTION CENTER, ) | |
| JOHN WILCHER, ) | |
| OFFICER WHITE, MR. MCLAIN, ) | |
| MRS. KING and NURSE JONES, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Plaintiff Jah'mz Mikhal Ransom, a prisoner at the Chatham County Detention Center, filed this 42 U.S.C. § 1983 lawsuit alleging denial of adequate medical care and challenging the conditions of his confinement. Doc. 1. Also pending before the Court is a substantially similar case filed by Ransom, alleging nearly identical claims against the same defendants. *Compare* doc. 1 *with Ransom v. Unknown Chatham Cnty. Corr. Staff*, CV421-018, doc. 1 (S.D. Ga. Jan. 25, 2021). For that reason, Ransom was directed to show cause as to why this case should not be dismissed as duplicative and successive of *Ransom v. Unknown*

*Chatham Cnty. Corr. Staff*, CV421-018 (S.D. Ga. Jan. 25, 2021). *See* doc. 5. He was warned that, "[a]bsent a showing of good cause, this case will be administratively closed . . . ." *Id.* at 2.

Ransom did not respond to the Show Cause Order. *See generally* docket. Not only has he failed to show the requisite cause, but he has also ignored a court order. This case should, therefore, be **DISMISSED**. *See* doc. 5; *see also* S.D. Ga. L. Civ. R. 41.1(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) (sanctions for dilatory litigants can include orders dismissing the action); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983) (district courts are authorized to dismiss cases for failure to obey a court order).

This Report and Recommendation (R&R) is submitted to the district court judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any

request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 19th day of October, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA